W. I. BIDDLE, Warden, etc., Appellant, v. Charles CLIFT. (Circuit Court of Appeals, Eighth Circuit. December 5, 1923.) No. 6129. Appeal from the District Court of the United States for the District of Kansas. Al F.

Williams, U. S Atty., and Alton H. Skinner, Asst. U. S. Atty., both of Topeka, Kan., for appellant. Lee Bond, of Leavenworth, Kan., and L. S. Harvey, of Kansas City., Kan., for appellee.

PER CURIAM. Appeal dismissed without costs to either party in this court, on motion of appellant.